UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SNOW FRESH FOODS, INC., :
                  Plaintiff, :
                                                                           : 18 Civ. 6031 (LGS)
        -against- :
                                                                             : ORDER
NEILLY'S FOOD LLC, et al., :
                  Defendant. :
                                                                             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the hearing scheduled for February 15, 2023, at 4:20 P.M., for Defendants to show cause why an order should not be issued in the form proposed by Plaintiff at Dkt. No. 21, is adjourned to **March 1, 2023, at 4:20 P.M.**  The hearing will take place by telephone conference call, which can be accessed by dialing 888-363-4749 and using access code 558-3333.  The time of the hearing is approximate, but all parties shall be ready to proceed at the scheduled time.

      By **February 8, 2023**, Plaintiff shall serve a copy of this Order on each Defendant and file proof of service on ECF.

Dated: February 6, 2023
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                              **UNITED STATES DISTRICT JUDGE**