```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SNOW FRESH FOODS, INC.,                                     :
                                    Plaintiff,              :
                                                            :        18 Civ. 6031 (LGS)
              -against-                                     :
                                                            :              ORDER
NEILLY'S FOOD LLC, et al.,                                  :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action today at which Plaintiff Snow Fresh Foods, Inc., appeared through counsel and Defendant Albert Ndjee appeared *pro se*, but neither Defendant Julie Ndjee nor Neilly's Food LLC, which cannot appear *pro se*, appeared;

WHEREAS, Defendant Albert Ndjee represented that he has a lawyer, but that his lawyer could not appear on his behalf today. It is hereby

**ORDERED** that, by **March 15, 2023**, Defendant Albert Ndjee shall file a letter with attachments showing all payments that he contends he has made to Plaintiff in satisfaction of the settlement in this case. Any other Defendant may join in the letter provided that, if Defendant Neilly's Food LLC wishes to join in the letter, it must be represented by counsel. It is further

**ORDERED** that, if Defendant Albert Ndjee is represented by a lawyer in connection with this proceeding, that lawyer shall enter an appearance on ECF by **March 8, 2023**, stating which Defendant(s) she or he represents, and shall file the letter on Defendants' behalf. It is further

**ORDERED** that, if Defendant Albert Ndjee is not represented by a lawyer in connection with this proceeding, Defendant shall email the letter and any attachments to the Court at schofield_nysdchambers@nysd.uscourts.gov. Defendant shall copy Plaintiff's counsel Mr. Rosenberg on that email, and the email and all attachments will be docketed on ECF. It is further

**ORDERED** that, by **March 8, 2023**, Plaintiff's counsel Mr. Rosenberg shall enter an appearance on ECF.  It is further

**ORDERED** that, by **March 29, 2023**, Plaintiff shall file a letter in response to Defendants' submission.  It is further

**ORDERED** that, by **March 3, 2023**, Plaintiff shall serve a copy of this Order on Defendants by mail and/or email and file proof of service on ECF.  It is further

**ORDERED** that, by **March 6, 2023**, Defendant Albert Ndjee shall serve a copy of this Order on any lawyer that he contends represents him in connection with this proceeding.

Dated:  March 2, 2023
    New York, New York

    _____
            LORNA G. SCHOFIELD
            UNITED STATES DISTRICT JUDGE