UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SNOW FRESH FOODS, INC.,
                Plaintiff,

      -against-                          18 Civ. 6031 (LGS)

                                        ORDER

NEILLY'S FOOD LLC, et al.,
                Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 15, 2023, Defendants Albert and Julie Ndjee filed banking records in support of their position on Plaintiff's motion for entry of judgment by emailing them to chambers, but failed to redact the account numbers in accordance with Federal Rule of Civil Procedure 5.2(a).  It is hereby

      **ORDERED** that, by March 21, 2023, Defendants shall re-file the same materials after redacting the account numbers from the records.  Those filings will be publicly docketed on ECF, and any account numbers that are not redacted will become publicly available.

Dated: March 16, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE