

**Leonard Kreinces**

**Howard S. Rosenberg**
Admitted to Practice NY & CT

**Donna Murphy**
Paralegal

900 Merchants Concourse
Suite 305
Westbury, New York 11590
Tel (516) 227-6500
Fax (516) 227-6594
www.kresq.com

May 4, 2023

**VIA ECF**

Hon. Lorna G. Schofield,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED.  Defendants shall provide Plaintiff with hard copies of cancelled checks by **May 12, 2023**.  Plaintiff shall alert the Court to its receipt and review of Defendants' cancelled checks by **May 19, 2023**.
>
> Dated: May 5, 2023
>       New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   Snow Fresh Foods, Inc. v. Neilly's Food, LLC and Ndjee
         Case No.: 18CV6031(LGS)

Dear Judge Schofield:

As the Court is aware we are the attorneys for the plaintiff in the above-named matter.

As of today, we have not received hard copies of the defendants' cancelled checks.

We respectfully request that the Court compel the defendants' to provide them, and then provide the plaintiff a sufficient amount of time to review and respond to them.

The courtesy and cooperation of the Court is sincerely appreciated.

Respectfully submitted,

HOWARD ROSENBERG

HR/dm
cc: Neilly's Food, LLC (andjee@neillys.com)
cc: Albert Ndjee (andjee@neillys.com)
cc: Julie Ndjee (jndjee@neillys.com)

https://kresq.sharepoint.com/sites/DATA/Shared Documents/Data/kreinces1/WORK/General/SnowFresh/Neilly's Food/schofield.ltr.05.04.23.docx