UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SNOW FRESH FOODS, INC.,
                      Plaintiff,

-against-

NEILLY'S FOOD LLC, et al.,
                      Defendants.
------------------------------------------------------------X

18 Civ. 6031 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court's May 5, 2023, Order instructed the Plaintiff to alert the Court to its receipt and review of Defendants' cancelled checks by May 19, 2023;

WHEREAS, Plaintiff has not complied with this Order. It is hereby

**ORDERED** that, by **May 25, 2023**, Plaintiff shall file a letter confirming its receipt and review of Defendants' cancelled checks or not.

Dated: May 23, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**